UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KENDRID [KENDRICK] WILLIAMS

VERSUS

KEITH DEVILLE, WARDEN

CIVIL ACTION

NO. 12-738-SDD-RLB

## RULING AND ORDER OF DISMISSAL

The Court has carefully considered the *Petition*, the record, the law applicable to this action, and the *Report and Recommendation* of United States Magistrate Judge Richard L. Bourgeois, Jr. dated February 4, 2014. Plaintiff has filed an objection which the Court has considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

Accordingly, the Petitioner's application for habeas corpus relief is dismissed, without prejudice, for failure to exhaust state court remedies as mandated by 28 U.S.C. § 2254(b) and (c). Further, in the event that the Petitioner seeks to pursue an appeal in this case, a certificate of appealability is denied.

Baton Rouge, Louisiana, February 20th, 2014.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA